

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-21-00325-CR**

**IN RE JOSE MARTINEZ**

**Original Proceeding**

**From the 19th District Court**
**McLennan County, Texas**
**Trial Court No. 2011-1356-C1**

**MEMORANDUM OPINION**

Roughly eight years after his conviction, Jose Martinez has asked this Court to compel the trial court to rule on pending discovery motions by a writ of mandamus. The referenced motions were not attached to the petition as was asserted by Martinez in the petition. Without knowing when, as well as why, the motions were filed and why the ruling by the trial court on the motions is necessary or appropriate, we have no choice but to deny the petition.

Accordingly, the "Motion for Writ of Mandamus" filed by Martinez on December 6, 2021, is denied without prejudice to filing a proper petition for writ of mandamus with

an appropriate record.   *See* Tᴇx. R. Aᴘᴘ P. 52.3; 52.7 (contents of petition and appendix/record).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Petition denied
Opinion delivered and filed December 22, 2021
Do not publish
[OT06]

